

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Securities and Exchange Commission,<br>    Plaintiff,<br>vs.<br>Robert R. Dillie; and Mid-America Foundation, Inc.,<br>    Defendants,<br>and<br>Mid-America Financial Group, Inc.,<br>    Defendant Solely for Purposes Of Equitable Relief. | **04 MBD 10053**<br><br>Misc. No: _____<br><br><br><br><br>Civ No. CIV 01-2493 PHX JAT<br>USDC Ariz |

### NOTICE OF FILING PURSUANT TO 28 USC §754

NOTICE IS HEREBY GIVEN that Lawrence J. Warfield, as the court appointed Receiver in the above captioned action pending before the United States District Court for the District of Arizona ("Receivership Court"), hereby files with the above identified United States District Court, a copy of the Complaint and the Order Appointing Receiver ("Receivership Order") previously filed in the Receivership Court.

The attached Receivership Order, among things, appoints Lawrence J. Warfield as Receiver of all of the assets of Mid-America Foundation, Inc., and various other defendants and relief defendants and was duly entered and filed by the Receivership

Court. The Receiver believes that Receivership Assets may exist in the District identified above. Accordingly, the attached Complaint and Receivership Order are being filed with the District Court for the District identified above, pursuant to 28 U.S.C. §754, which provides in pertinent part as follows:

> ... [the] receiver shall, within ten days after the entry of his order of appointment, file copies of the complaint and such order of appointment in the district court for each district in which property is located ...

The attached Complaint and Receivership Order are being filed for notice purposes only.

Dated this ___17th___ day of February, 2004.

GUTTILLA & MURPHY, PC

Ryan W. Anderson
4150 West Northern Ave.
Phoenix, Arizona 85051
Telephone: (623) 937-2795
Telecopier: (623) 937-6897

Attorneys for Receiver

0758-001 (23915)